```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 06854
   PAMELA H LAWS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8882


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/21/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
EASTERN SAVINGS BANK       CURRENT MORTG        .00            .00           .00
EASTERN SAVINGS BANK       MORTGAGE ARRE        .00            .00           .00
EASTERN SAVINGS BANK       MORTGAGE NOTI  NOT FILED            .00           .00
COLLECTION SYSTEMS INC     UNSECURED      NOT FILED            .00           .00
WOW INTERNET & CABLE SER   UNSECURED      NOT FILED            .00           .00
AT & T BROADBAND           UNSECURED      NOT FILED            .00           .00
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED            .00           .00
MIDWEST ORTHOPAEDICS AT    UNSECURED         273.78            .00           .00
PULMONARY CONSULTANTS      UNSECURED      NOT FILED            .00           .00
RALPH DADO MD              UNSECURED      NOT FILED            .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED      NOT FILED            .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED      NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         621.14            .00           .00
NCO-MEDCLR                 UNSECURED      NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         675.20            .00           .00
BOOKSPAN/DOUBLEDAY BOOK    UNSECURED          57.68            .00           .00
HOLY CROSS HOSPITAL        UNSECURED      NOT FILED            .00           .00
HOLY CROSS HOSPITAL        UNSECURED      NOT FILED            .00           .00
AT & T                     UNSECURED      NOT FILED            .00           .00
AGNES PODRAZA              NOTICE ONLY    NOT FILED            .00           .00
WILLIE LAWS                NOTICE ONLY    NOT FILED            .00           .00
DANIEL J WINTER            DEBTOR ATTY      2,853.00                    1,614.72
TOM VAUGHN                 TRUSTEE                                        125.28
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             1,740.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                          1,614.72
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06854 PAMELA H LAWS

```
TRUSTEE COMPENSATION                                             125.28
DEBTOR REFUND                                                       .00
                                         ----------------   ----------------
TOTALS                                          1,740.00           1,740.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 08 B 06854 PAMELA H LAWS